UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID BLACK

    Plaintiff,

Case No. 18-cv-13700
Hon. Matthew F. Leitman

v.

TRANS UNION, LLC, *et al.*,

    Defendants.

_____/

# ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO STAY DISCOVERY (ECF #31)

In this action, Plaintiff David Black alleges that Defendant Trans Union, LLC violated the federal Fair Credit Reporting Act. (*See* Compl., ECF #1-3.) On April 11, 2019, Trans Union moved for judgment on the pleadings under Federal Rule of Civil Procedure 12(c). (*See* ECF #25.)

Currently before the Court is Trans Union's motion to stay discovery and vacate all dates on the Court's scheduling order pending resolution of the motion for judgment on the pleadings. (*See* ECF #31.) Black has not filed a response to that motion. Nor has he indicated in any other way that he opposes the relief sought in the motion. The Court has reviewed the motion and concludes that a stay of discovery is appropriate under the facts and circumstances that exist here.

Accordingly, for the reasons stated above, Trans Union's unopposed motion to stay discovery (ECF #25) is **GRANTED**. All discovery shall be **STAYED** until further order of the Court. In addition, all dates on the scheduling order are **VACATED**. The Court will revisit the schedule, if necessary, following resolution of Trans Union's motion for judgment on the pleadings.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 28, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 28, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764